IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :   Consolidated Under
LIABILITY LITIGATION (No. VI)   :   MDL DOCKET NO. 875
                                :
VARIOUS PLAINTIFFS              :   **FILED**
                                :   Cases listed in Exhibit "A,"
     v.                         :   NOV 20 2012  attached
                                :                            09-92636
VARIOUS DEFENDANTS              :   MICHAEL E. KUNZ, Clerk
                                    By _____ Dep. Clerk

## O R D E R

**AND NOW**, this **19th** day of **November, 2012**, it is hereby **ORDERED** that the Objections to the Reports and Recommendations by Magistrate Judge Angell listed in Exhibit "A," attached, regarding the Motions to Exclude Expert Testimony, are **OVERRULED**.[1] The Reports and Recommendations are APPROVED and ADOPTED.

It is further **ORDERED** that the parties are to contact Judge Angell's chambers so that Her Honor, in her discretion, can decide whether to hold status conferences in these cases to ascertain their status and what further action is needed.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] Upon objection to a written order of a magistrate judge regarding a nondispositive matter, the "district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). Judge Angell's rulings granting or denying motions to exclude expert testimony were neither clearly erroneous nor contrary to law.

EXHIBIT A

**Case number:** 09-74245, Hyers
**Document number:** 21, Objections by CSX Transportation, Inc.

**Case number:** 09-74467, Easton
**Document number:** 25, Plaintiff's appeal

**Case number:** 09-75120, Breedlove
**Document number:** 69, Objections by CSX Transportation, Inc.

**Case number:** 09-92610, Howell
**Document number:** 28, Objections by CSX Transportation, Inc.

**Case number:** 09-92636, Shuman
**Document number:** 20, Plaintiff's appeal

**Case number:** 09-92637, Taylor
**Document number:** 23, Plaintiff's appeal

**Case number:** 09-92640, Rosenblatt
**Document number:** 34, Objections by CSX Transportation, Inc.

**Case number:** 10-60959, Howard
**Document number:** 16, Objections by CSX Transportation, Inc.

**Case number:** 10-60978, Wolfe
**Document number:** 25, Plaintiff's appeal

**Case number:** 10-78962, Lowman
**Document number:** 18, Objections by CSX Transportation, Inc.